**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
              *Plaintiff-Appellee,*

              v.

CRAIG ALLEN LADWIG,
              *Defendant-Appellant.*

No. 04-30393

D.C. No.
CR-03-00232-RHW
Eastern District
of Washington,
Spokane

ORDER

Filed January 27, 2006

Before: Ronald M. Gould and Marsha S. Berzon,
Circuit Judges, and William W Schwarzer,* District Judge.

## ORDER

In our opinion of December 27, 2005, we retained jurisdiction and directed the parties to provide supplemental briefing on whether either wished to pursue a limited remand under *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc). Because both parties have responded that they do not seek an *Ameline* remand, and other sentencing issues were resolved in our prior opinion, we now AFFIRM Ladwig's sentence, and direct the Clerk to issue the mandate after the time for filing a Petition for Rehearing or Petition for Rehearing En Banc has expired.

*The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.